BANK OF STILWELL v. MORRIS.

No. 3650.    Opinion Filed February 10, 1914.

(138 Pac. 790.)

**APPEAL AND ERROR—Case-Made—Review of Errors.**  Under section 5242, Rev. Laws 1910, the case-made, after being settled by the trial judge in the manner provided in said statute, must then ''be filed with the papers in the case,'' and unless so filed errors assigned requiring an examination of exceptions set out in the case-made cannot be reviewed in this court, and the appeal will be dismissed.

(Syllabus by Galbraith, C.)

*Error from County Court, Adair County;*
*W. A. Corley, Judge.*

Action by Mary J. Morris against the Bank of Stilwell and another for failure to pay check on presentation. From a judgment for the plaintiff, the defendant named brings error. Dismissed.

*R. Y. Nance,* for plaintiff in error.

Opinion by GALBRAITH, C. This is an appeal by petition in error and case-made. The record, however, presents no question to this court for review, for the reason that the case-made was not "filed with the papers in the case" in the trial court as required by section 5242, Rev. Laws 1910. This requirement is jurisdictional, and a compliance therewith is necessary to give this court power to review the errors assigned. *Graham et al. v. Atwood, ante,* 136 Pac. 1080.

The petition in error was filed in this court January 30, 1912. The time for correcting a defect of this character has expired by limitation.

The appeal should therefore be dismissed.

By the Court: It is so ordered.